UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JAMES LEE SHREWSBURY,

    Plaintiff,

v.                                            Case No. 3:22cv5728-MCR-HTC

STATE OF FLORIDA, et al.,

    Defendants.

_____/

## **ORDER**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated May 17, 2022 (ECF No. 3). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.     This case is **DISMISSED** due to lack of subject-matter jurisdiction.

3.     The clerk is directed to close the file.

**DONE AND ORDERED** this 27th day of September 2022.

*M. Casey Rodgers*
_____
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**